<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 99-6114**

—————

In Re: JAMES DONALD WATSON,

Petitioner.

—————

On Petition for Writ of Mandamus.
(CR-94-139, CA-97-835-1)

—————

Submitted:  May 25, 1999          Decided:  June 2, 1999

—————

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

—————

Petition denied by unpublished per curiam opinion.

—————

James Donald Watson, Petitioner Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Donald Watson has petitioned for a writ of mandamus. After the district court denied Watson's 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion, he filed in the district court a motion for a certificate of appealability and a motion requesting that the district court order a state agency to release all reports and documents bearing Watson's name. A magistrate judge denied both motions, and Watson timely filed objections to the denials in the district court. Watson's mandamus petition requests that this court compel the district court to act on the objections. Because we find that the district court has not unduly delayed acting on these matters, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2